

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Bush Construction, Inc., Appellant

No. 06-18-00021-CV        v.

Texas Mutual Insurance Company, Appellee

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2016-160-B).  Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Bush Construction, Inc., pay all costs of this appeal.

RENDERED AUGUST 15, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk